**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                                 Chapter 7 No. DK-13-03650
Dixie L Lang
                              Debtor.                                  Hon. Scott W. Dales
_____/

**CERTIFICATE OF NO TIMELY RESPONSE OR HEARING REQUEST IN RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)**

     Now comes Wells Fargo Bank, N.A., by and through its attorneys, Trott & Trott, P.C., and states as follows:

     1.   Movant, Wells Fargo Bank, N.A. having filed a MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) on or about May 15, 2013;

     2.   A copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and a copy of the Notice of Motion with regard to the property located at 16040 36th St, Gobles, MI 49055-9648, were served upon all interested parties either electronically or by depositing said copies on May 15, 2013 in the U.S. mail;

     3.   As of June 6, 2013, to the Movant's knowledge and belief, no timely response or hearing request to Creditor's MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) has been filed.

                                Respectfully Submitted,
                                Trott & Trott, P.C.

Dated June 6, 2013

                                /S/ James W. Batchelor (P25500)
                                Attorney for Wells Fargo Bank, N.A.
                                31440 Northwestern Hwy Ste 200
                                Farmington Hills, MI 48334-5422
                                248.642.2515
                                Email: WesternECF@trottlaw.com

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628